# UNITED STATES BANKRUPTCY COURT
# MIAMI
# SOUTHERN DISTRICT OF FLORIDA DIVISION

CASE NO.:  20-11508-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

ROBERT ALEJANDRO BRITO

DEBTOR_____/

## REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtor, pursuant to Local Rule 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before **June 18, 2021**.  The Debtor did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 29th day of July, 2021.

                                    _/s/ Nancy K. Neidich_____
                                    NANCY K. NEIDICH, ESQUIRE
                                    STANDING CHAPTER 13 TRUSTEE
                                    P.O. BOX 279806
                                    MIRAMAR, FL  33027-9806

CC:  ROBERT ALEJANDRO BRITO
     PATRICK L. CORDERO, ESQUIRE